UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| SABRINA HARRISON and | ) | |
| MARCUS FOREHAND, | ) | **JUDGMENT** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2:17-CV-23-H |
| v. | ) | |
| | ) | |
| DARRYL LIVERMAN, | ) | |
| individually and in his official | ) | |
| capacity as Sheriff of Tyrell County, | ) | |
| DEP. KAREN SIMMONS, | ) | |
| individually and in her official | ) | |
| capacity as Deputy of Tyrrell County, | ) | |
| AL SUMMERLIN and JASON | ) | |
| GODFREY, individually and in his | ) | |
| official capacity as SBI agents, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs' counsel filed a motion to withdraw was granted by this court on April 27, 2018. Plaintiffs' have not filed a notice of self-representation nor cause new counsel to file a notice of appearance. They have not requested additional time to do so. Furthermore, on June 5, 2018, the pretrial conference as held. While counsel for the defendants appeared as directed, neither plaintiffs nor any counsel on behalf of plaintiffs appeared. Additionally, plaintiffs made no effort to contact the court or defense counsel as to the same. Following entry of the memorandum and recommendation, plaintiff Marcus Forehand sent to the court a document entitled Objections stating that he and Sabrina Liverman intend to obtain counsel. The document, however, does not attempt to comply with the court's prior orders. Furthermore, the document is only signed by Mr. Forehand. Finally, there is no certificate of service attached to Mr. Forehand's filing.**

**The court finds, viewing the totality of the circumstances in this case, that plaintiffs' have failed to comply with the court's orders. Therefore, in accordance with the recommendation of the magistrate judge, this matter is dismissed with prejudice.**

<u>This Judgment Filed and Entered on August 7, 2018 with service on:</u>

Sabrina Harrison Liverman (via US Mail at 5067 Newlands Rd., Columbia, NC 27925)
Marcus Forehand (via US Mail at 5067 Newlands Rd., Columbia, NC 27925)
Christopher J. Geis (via CM/ECF Notice of Electronic Filing)
Whitney H. Belich (via CM/ECF Notice of Electronic Filing)


<u>8/7/2018</u>                                                                                    PETER A. MOORE, JR., CLERK
                                                                                                   <u>/s/ Donna Rudd        </u>
                                                                                                   (By): Donna Rudd, Deputy Clerk